IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WAYNE SANDERS,**

    Plaintiff,

v.                                                                            Civil Action No. **3:23CV491 (RCY)**

**OFFICER MURTAZA,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on August 21, 2023, the Court conditionally docketed Plaintiff's action. On August 28, 2023, the United States Postal Service returned the December 29, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Inmate not in VADOC." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                          /s/
                                                       Roderick C. Young
Date: September 13, 2023                         United States District Judge
Richmond, Virginia